# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2635 & 25-2636

USA v. Giraud

USA v. Pina

[D.N.J. Nos. 1:24-cr-00768-001, 1:24-cr-00768-002 & 2:25-cr-00436-001]

## BRIEFING AND SCHEDULING ORDER

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

It is **ORDERED** that the brief for Appellant and the joint appendix shall be filed and served on or before Friday, September 12, 2025 at 5 p.m.

It is **FURTHER ORDERED** that the brief for Appellee(s) shall be filed and served on or before Monday, October 6, 2025 at 5 p.m..

It is **FURTHER ORDERED** that a reply brief, if any, shall be filed and served on or before Tuesday, October 14, 2025 at 5 p.m.

It is **FURTHER ORDERED** that Appellant must file a brief and the failure to do so may result in the imposition of sanctions. Motions to withdraw as counsel ordinarily will not be granted unless counsel has complied with the procedures set forth in 3rd Cir. LAR 109.2(a).

It is **FURTHER ORDERED** that any Amicus Curiae shall file its brief by 5 p.m. on the day the principal brief is due for the side that amicus curiae are supporting

It is **FURTHER ORDERED** that if Appellee fails to file a brief within the time directed, the matter will be listed on Appellant's brief only and Appellee may be subject to such sanctions as the Court deems appropriate.

**It is noted that, where applicable, parties must comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the

entity or agency is the sole respondent or to entities or agencies which acted solely as an adjudicatory tribunal.

This Court requires the filing of briefs by counsel in both electronic and paper format. 3rd Cir. LAR 31 .1(b) . Pro Se litigants are exempt from the electronic filing requirement.

Checklists regarding the requirements for filing a brief and appendix are available on the Court's website at [www.ca3.uscourts.gov.](www.ca3.uscourts.gov.)

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: August 27, 2025

CJG/cc:	Mark E. Coyne, Esq.
	Thomas S. Mirigliano, Esq.
	Gina A. Amoriello, Esq.
	Gerald Krovatin, Esq.