

**Krovatin ⦙ Nau LLC**
ATTORNEYS AT LAW

Abbe David Lowell, Esq.
Gerald Krovatin, Esq.
ADLowell@lowellandassociates.com
GKrovatin@krovatin.com

September 5, 2025

<u>VIA ECF</u>

Ms. Patricia S. Dodszuweit
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

  **Re:** ***United States v. Pina*, Nos. 25-2635 & No. 25-2636 (Consolidated Appeals)**

Dear Ms. Dodszuweit:

  Pursuant to the Court's Order dated September 2, 2025, (ECF 12), requesting that the parties address the proper scope of these appeals (Notice filed by the Government in this case), Mr. Pina submits the following.

  Mr. Pina does not, at this time, seek to appeal the District Court's denial of the motion to dismiss his indictment. As the law of this Circuit makes clear, and for the avoidance of any doubt, Mr. Pina submits that does not amount to a waiver of his ability to challenge the denial of the motion to dismiss after a final judgment is entered. *See, e.g., Ernst v. Child & Youth Servs. of Chester Cnty.*, 108 F.3d 486, 492–93 (3d Cir. 1997); *Marshall v. Lansing*, 839 F.2d 933, 941 (3d Cir. 1988); *Victor Talking Mach. Co. v. George*, 105 F.2d 697, 699 (3d Cir. 1939). Mr. Pina therefore agrees with the Court that the current appeal "may be limited in scope only to topics pertaining to the District Court's disqualification order." (ECF 12.)

       Respectfully Submitted,

**KROVATIN NAU LLC**

*/s/ Gerald Krovatin*
Gerald Krovatin, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102

**LOWELL & ASSOCIATES, PLLC**

*/s/ Abbe David Lowell*
Abbe David Lowell, Esq.
David A. Kolansky, Esq.
Isabella M. Oishi, Esq.
John P. Bolen, Esq.
1250 H Street, NW, Suite 250
Washington, DC 20005

DEMOCRACY DEFENDERS FUND

/s/ *Norman L. Eisen*
Norman L. Eisen, Esq.
Joshua Kolb, Esq.

*Counsel for Caesar Pina*