UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 25-2636
_____

UNITED STATES OF AMERICA,
                            Appellant

v.

CESAR HUMBERTO PINA,
also known as Flipping NJ

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 2:25-cr-00436-001)
District Judge: Honorable Matthew W. Brann

_____

Argued October 20, 2025
Before: RESTREPO, SMITH and FISHER, *Circuit Judges*.

_____

JUDGMENT

_____

      This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on October 20, 2025.

      On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered August 21, 2025, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

      Costs shall not be taxed.

                                            ATTEST:


                                            s/ Patricia S. Dodszuweit
Dated: December 1, 2025                  Clerk